Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. ELIZABETH GRAY, Widow, Respondent, for Compensation for the Death of Her Husband, CHARLES GRAY, under the Workmen's Compensation Law, v. HAMPTON SHOPS, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed, with costs.

GEORGE N. OSTRANDER and HARRIET E. OSTRANDER, Respondents, v. FRANK L. BELL and STELLA PHELPS BELL, Wife of FRANK L. BELL, Respondents, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion denied, with ten dollars costs.

JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York, Respondent, Appellant, v. NATIONAL SURETY COMPANY, Appellant, Respondent. (Seneca Fire Insurance Company Action). — Motion to amend decision denied. Leave granted to both parties to appeal to the Court of Appeals. Hinman, J., not sitting.

DELMAR I. PAINE, Respondent, v. JOHN WALKER LIVINGSTON, Appellant.— Order modified by fixing the amount of costs to be paid at thirty dollars, trial fee, and witnesses' fees to be taxed, and as so modified unanimously affirmed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM BLOCK, Appellant.— Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS ROCKAFELLOW, Appellant.— Motion granted unless appeal is perfected and necessary papers printed and filed on or before April 15, 1922, in which case motion is denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY ROCKAFELLOW, Appellant.— Motion granted unless appeal is perfected and necessary papers printed and filed on or before April 15, 1922, in which case motion is denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD W. ROBERTSON, Appellant.— Judgment of conviction reversed and indictment dismissed on the ground that it appears on its face that the facts constituting the alleged grand larceny may have occurred on different days, and that, therefore, there may have been different petit larcenies but no grand larceny. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN E. DEYETTE, Appellant, v. EUGENIA DEYETTE LOTTRIDGE, Respondent.— Motion denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GORHAM MANUFACTURING COMPANY, Relator, v. STATE TAX COMMISSION, Respondent.— Determination annulled and matter remitted to the Commission, with fifty dollars costs and disbursements, on the authority of *People ex rel. United States Rubber Co. v. Knapp* (232 N. Y. 153). All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN, QUEENS COUNTY